# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                    *
TELUM PROTECTION CORP.,             *
                                    *
              Plaintiff,            *
                                    *     No. 16-665C
         v.                         *     Filed: January 9, 2017
                                    *
UNITED STATES,                      *
                                    *
              Defendant.            *
                                    *
* * * * * * * * * * * * * * * * *   *
```

## O R D E R

  The court is in receipt of the parties' January 9, 2017 joint stipulation of dismissal with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2016), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own legal costs, attorney fees, and expenses.

  **IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
   **Judge**
